UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

| | |
|---|---|
| **ROCKY R. RHOADS and ALICE B. RHOADS,**<br><br>             Plaintiff(s),<br><br>v.<br><br>**STRATEGIC RECOVERY GROUP, a division of Texas based Vantium Capital, and VANTIUM CAPITAL INC – SRG,**<br><br>             Defendant(s). | Case No. 2:11-cv-687-FtM-36DNF |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.   The name of each person, attorney, association or persons, law firm, partnership, and corporation that has or may have an interest in the outcome of this action- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

   Thomas M. Tarsia, Dellutri Law Group, P.A., Rocky R. Rhoads, Alice B. Rhoads, Strategic Recovery Group, Vantium Capital

2.   The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   Unknown at this time

3.   The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

   None known at this time

4.   The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Rocky R. Rhoads and Alice B. Rhoads

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

I further certify that I will serve a copy of foregoing upon each party no later than eleven days after appearance of the party.

**THE DELLUTRI LAW GROUP, P.A.**
The Dellutri Law Group Plaza
1436 Royal Palm Square Blvd.
Fort Myers, FL 33919
(239) 939-0900
(239) 939-0588 – Fax
www.DellutriLawGroup.com
*Attorneys for Plaintiff(s)*


By: **s/Thomas M. Tarsia**_____
Thomas M. Tarsia, Esq.
Fla. Bar No. 0051628